UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FRANKIE L. WILLIAMS                                                            PETITIONER

V.                                                       CIVIL ACTION NO. 3:21-CV-37-DPJ-FKB

ANDREW MILLS                                                                  RESPONDENT

ORDER

On January 19, 2021, pro se Petitioner Frankie L. Williams filed this 28 U.S.C. § 2254 habeas petition challenging his state-court convictions for first-degree murder and felon in possession of a firearm. United States Magistrate Judge F. Keith Ball entered a Report and Recommendation on January 18, 2024, recommending that the Court deny Williams's petition and dismiss the matter with prejudice. R&R [20]. Specifically, Judge Ball concluded that the Mississippi Supreme Court's disposition of Williams's claim that he was denied his Sixth Amendment right to represent himself was neither "contrary to, or involved an unreasonable application of[] clearly established Federal law" nor "based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d); *see* R&R [20] at 6–7.

Though Williams timely filed a 36-page document that was docketed as an Objection to Judge Ball's R&R, he does not make any "specific . . . objection[]" to any portion of Judge Ball's ruling. Fed. R. Civ. P. 72(b)(2); *see* Obj. [25]. Having reviewed Williams's filing and the R&R, the Court finds no error.

The Report and Recommendation [20] is therefore adopted as the Court's opinion. Williams's petition is denied, and this case is dismissed with prejudice. A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 16th day of February, 2024.

                                              s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE